**Order filed July 30, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00509-CV

_____

### LAWRENCE D. PENNONI, Appellant

### V.

### MICHAEL E. BEAARD, BETH M. BEARD, JAMES F. HALLEY IV, ADELA GAARCIA, DAVID O. CRAIG, AND WWBRS INVESTMENTS LLC, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-90739**

## O R D E R

The notice of appeal in this case was filed June 20, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 9, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM